UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

WILFRED LEE CARR,

           Defendant.
_____/

CASE NO. 2:12-cv-13910

HON. AVERN COHN
MAG. JUDGE MARK A. RANDON

## **CONSENT JUDGMENT**

This matter having come before the Court upon the United States' complaint and the parties have reached an agreement and the Court being duly advised in the premises, now therefore

    The Court finds:

        That Defendant is indebted jointly and severally with Sandra M. Carr to the United States for unpaid restitution in the amount of **$25,520.97 ($25,270.97 to Social Security Administration and $250.00 to Economic Stimulus Recovery Fund)**;

        That Defendant is currently without assets sufficient to pay the judgment in full; and

        That it is in the best interests of the parties to enter into an installment agreement; now therefore,

**IT IS HEREBY ORDERED that:**

1)     Judgment shall enter against Wilfred Carr in the amount of **$25,520.97.** This amount is owed jointly and severally with Sandra M. Carr;

2)     Defendant agrees to pay the sum specified in paragraph 1**,** in equal monthly installments of

       no less than **$50.00**, commencing on **November 1, 2010** and continuing each month until the entire obligation has been paid in full.  This agreement shall remain in force and effect until such time as the judgment is paid in full;

3)       All payments shall be by check or money order and shall be made payable to the **United States of America with the notation SSA Claim Number XXX-XX-4014-BIC D, Lucille Bailey**.

**Payments shall be mailed to:**

> **United States Attorney's Office**
> **211 W. Fort Street -- Suite 2001**
> **Attn: Financial Litigation Unit**
> **Detroit, Michigan 48226**

After recording that payment has been received in accordance with this agreement, the U.S. Attorney's Office will forward payments to the *SSA-Debt Management Section, ATTN: DOJ Lockbox, P.O. Box 2861, Philadelphia, PA  19211.  The first $250.00 will be applied to the Economic Stimulus Recovery Fund and after that is paid in full, the rest of the payments will be forwarded to Social Security Administration.*

4)       Defendant waives any objection to participation in the Treasury Offset Program;

5)       Defendant shall submit complete annual financial information pursuant to the request of the United States;

6)       Defendant shall maintain books and records sufficient to verify all financial information submitted to the United States;

7)       All payments due hereunder are to be forwarded to the United States in such a manner as to be received by the United States on or before the due date of such payment;

8)       The payment terms established hereunder are subject to modification upon material changes in Defendant's financial condition;

9)       In the event that the United States does not receive any payment by close of business on the due date of the payment, or does not receive the financial information required by this agreement, the United States may take any action deemed necessary to collect the then outstanding balance due from Defendant;

10)      In the event the United States does not receive any payment by the close of business on the due date of the payment, then in addition to the remedies provided in paragraph 10, interest at the standard federal judgment rate then in effect shall begin to accrue on the outstanding balance due on the debt;

11) In the event that Defendant's place of employment changes or Defendant's residence changes, then Defendant shall notify the United States of such change within five days of the change of employment or change of residence;

12) As long as Defendant is in compliance with all the terms of this agreement, the United States shall not garnish Defendant's wages or bank accounts.

Dated:  September 05, 2012                     s/Avern Cohn
                                                   United States District Judge


## STIPULATION

The undersigned parties hereby stipulate to the entry of the above-stated order.


BARBARA L. McQUADE
United States Attorney


By: s/Jacqueline M. Hotz                     Wilfred L. Carr *(see next page)*
    JACQUELINE M. HOTZ (P35219)        WILFRED L. CARR
    Assistant United States Attorney            Defendant
    211 W. Fort, Ste. 2001
    Detroit, Michigan 48226
    Jackie.hotz@usdoj.gov
    (313) 226-9108

12) As long as Defendant is in compliance with all the terms of this agreement, the United States shall not garnish Defendant's wages or bank accounts.

_____
United States District Judge

## STIPULATION

The undersigned parties hereby stipulate to the entry of the above-stated order.

BARBARA L. McQUADE
United States Attorney

_____              _____
JACQUELINE M. HOTZ   (P35219)                WILFRED L. CARR
Assistant U.S. Attorney                      Defendant
211 W. Fort St., Suite 2001
Detroit, MI 48226
jackie.hotz@usdoj.gov
(313) 226-9108

3